UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YULIANG GUO,<br><br>      Plaintiff,<br><br>v.<br><br>MAGIC LEAP, INC.,<br><br>      Defendant. | Case No. 18-cv-06851-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 36 |

On May 28, 2019, Mediator Charles G. Miller certified that this case settled at the alternative dispute resolution session. (Dkt. 36.) In light of this settlement, the Court HEREBY ORDERS that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **sixty** days, with proof of service of a copy on opposing counsel, that there is a problem with the settlement, the foregoing Order shall stand vacated and this case shall be restored to the calendar to be set for trial. Should neither party notify the Court of the need to place the matter back on calendar within sixty days, the matter shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: June 11, 2019

_____
SALLIE KIM
United States Magistrate Judge